Dylan J. Liddiard/Bar No. 203055
   dliddiard@wsgr.com
Thomas J. Martin/Bar No. 150039
   tmartin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:   (650) 493-0300
Facsimile:   (650) 565-5100
Attorneys for Plaintiff
ESTABLISHMENT LABS HOLDINGS, INC.

Mark D. Erickson/Bar No. 104403
   mark.erickson@haynesboone.com
David Clark/Bar No. 275204
   david.clark@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA  92626
Telephone:   (949) 202-3000
Facsimile:   (949) 202-3001
Attorneys for Defendants ALLERGAN SALES,
LLC and ALLERGAN plc, and Defendant and
Counter-Claimant KELLER MEDICAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ESTABLISHMENT LABS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KELLER MEDICAL, INC., ALLERGAN SALES, LLC, AND ALLERGAN PLC<br>_____<br>KELLER MEDICAL, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>ESTABLISHMENT LABS HOLDINGS, INC.,<br><br>Counter-Respondent. | **CASE NO.: 8:18-cv-01554-DOC-ADS**<br><br>*Honorable David O. Carter*<br>*Courtroom 9D*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>*[[Proposed] Order Granting Stipulation Filed Concurrently Herewith]* |

1
2
3
4
5
6

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff and Counter-Respondent Establishment Labs Holdings, Inc. ("Plaintiff") and Defendants Allergan Sales, LLC and Allergan plc, and Defendant and Counter-Claimant Keller Medical, Inc. ("Keller") hereby stipulate that the within action shall be dismissed with prejudice in its entirety, including the Complaint filed by Plaintiff and the Counter-Claim filed by Keller with each party to bear its own costs and attorneys' fees.

7
8

IT IS SO STIPULATED.

9
10

DATED:  April 1, 2019                    WILSON SONSINI GOODRICH &
                                                              ROSATI

11
12
13
14

By:  /s/  Dylan J. Liddiard
        Dylan J. Liddiard
        Attorneys for Plaintiff
        ESTABLISHMENT LABS
        HOLDINGS, INC.

15

DATED:  April 1, 2019                    HAYNES AND BOONE, LLP

16
17
18
19
20

By:  /s/  Mark D. Erickson
        Mark D. Erickson
        Attorneys for Defendants
        ALLERGAN SALES, LLC and
        ALLERGAN plc, and Defendant and
        Counter-Claimant KELLER
        MEDICAL, INC.

21
22

Counsel for Defendants hereby attests that the concurrence in the filing of this document has been obtained from counsel for Plaintiff.

23

DATED:  April 1, 2019                    HAYNES AND BOONE, LLP

24
25
26
27
28

By:  /s/  Mark D. Erickson
        Mark D. Erickson
        Attorneys for Defendants
        ALLERGAN SALES, LLC and
        ALLERGAN plc, and Defendant and
        Counter-Claimant KELLER
        MEDICAL, INC.

1

## CERTIFICATE OF SERVICE

1

2          I, the undersigned, am employed in the County of Orange, State of
California.  I am over the age of 18 and not a party to the within action.  I am
3   employed with the law offices of Haynes and Boone, LLP and my business address
is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.
4

5          On **April 1, 2019**, I served the foregoing document entitled ***JOINT
STIPULATION FOR DISMISSAL WITH PREJUDICE*** on the interested parties
in this action at the address below, and in the manner so indicated:
6

7                            Dylan J. Liddiard, Esq.
                             dliddiard@wsgr.com
8                            Thomas J. Martin, Esq.
                             tmartin@wsgr.com
9                            Wilson Sonsini Goodrich & Rosati
                             A Professional Corporation
10                           650 Page Mill Road
                             Palo Alto, CA  94304-1050
11                           Telephone:  (650) 493-0300
                             Facsimile:  (650) 565-5100
12                           *[Attorneys for Plaintiff Establishment
                             Labs Holdings, Inc.]*
13

14         **[XXX]        BY ELECTRONIC FILING.**  I caused such document(s) to
be electronically filed and served through the United States District Court's
15   CM/ECF System for the within action. This service complies with the Federal
Rules of Civil Procedure. The file transmission was reported as complete and a
16   copy of the Court's Notice of Electronic Filing will be maintained with the original
document(s) in our office.
17

18         I declare that I am employed in the offices of a member of the bar of this
Court at whose direction this service was made.  Executed on ***April 1, 2019***, at
19   Costa Mesa, California.

20

21

22   Kelley L. Saunders

23

24

25   4846-3803-0225 v.1

26

27

28

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
CASE NO.: 8:18-cv-01554-DOC-ADS