JS-6

1  Dylan J. Liddiard/Bar No. 203055
       dliddiard@wsgr.com
2  Thomas J. Martin/Bar No. 150039
       tmartin@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   A Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA  94304-1050
5  Telephone:   (650) 493-0300
   Facsimile:    (650) 565-5100
6  Attorneys for Plaintiff
   ESTABLISHMENT LABS HOLDINGS, INC.
7
   Mark D. Erickson/Bar No. 104403
8      mark.erickson@haynesboone.com
   David Clark/Bar No. 275204
9      david.clark@haynesboone.com
   HAYNES AND BOONE, LLP
10 600 Anton Boulevard, Suite 700
   Costa Mesa, CA  92626
11 Telephone:   (949) 202-3000
   Facsimile:    (949) 202-3001
12 Attorneys for Defendants ALLERGAN SALES,
   LLC and ALLERGAN plc, and Defendant and
13 Counter-Claimant KELLER MEDICAL, INC.

14                 **UNITED STATES DISTRICT COURT**

15

16      **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

17 ESTABLISHMENT LABS              )  **CASE NO.: 8:18-cv-01554-DOC-**
   HOLDINGS, INC.                  )  **ADS**
18                                 )
           Plaintiff,             )
19                                 )  *Honorable David O. Carter*
        v.                         )  *Courtroom 9D*
20                                 )
   KELLER MEDICAL, INC.,           )
21 ALLERGAN SALES, LLC, AND        )  **ORDER GRANTING JOINT**
   ALLERGAN PLC                    )  **STIPULATION FOR**
22                                 )  **DISMISSAL WITH PREJUDICE**
   KELLER MEDICAL, INC.,           )  **[37]**
23                                 )
           Counter-Claimant,       )
24                                 )  *[Joint Stipulation for Dismissal with*
        v.                         )  *Prejudice Filed Concurrently Herewith]*
25                                 )
   ESTABLISHMENT LABS              )
26 HOLDINGS, INC.,                 )
                                   )
27         Counter-Respondent.     )
                                   )
28

---

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
CASE NO.: 8:18-cv-01554-DOC-ADS

1

### **ORDER**

2      The Court, having reviewed the foregoing Stipulation, and good cause

3  appearing therefor, orders as follows:

4      IT IS HEREBY ORDERED that the entirety of the within action, including

5  the Complaint filed by Plaintiff and the Counter-Claim filed by Keller Medical,

6  Inc. be, and the same is hereby, dismissed with prejudice, with each party to bear

7  their own costs and attorneys' fees.

8      PURSUANT TO STIPULATION, IT IS SO ORDERED:

9

10  DATED: ___April 2, 2019_____

11

12                                        *David O. Carter*
                                          _____
                                          HON. DAVID O. CARTER
                                          JUDGE OF THE UNITED STATES
                                          DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  I am employed with the law offices of Haynes and Boone, LLP and my business address is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.

On **April 1, 2019**, I served the foregoing document entitled ***[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE*** on the interested parties in this action at the address below, and in the manner so indicated:

> Dylan J. Liddiard, Esq.
> dliddiard@wsgr.com
> Thomas J. Martin, Esq.
> tmartin@wsgr.com
> Wilson Sonsini Goodrich & Rosati
> A Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:   (650) 493-0300
> Facsimile:    (650) 565-5100
> *[Attorneys for Plaintiff Establishment*
> *Labs Holdings, Inc.]*

**[XXX]        BY ELECTRONIC FILING.**  I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made.  Executed on *April 1, 2019*, at Costa Mesa, California.

_Kelley L. Saunders_
Kelley L. Saunders

4812-4687-1441 v.1

2